# Exhibit 2

## UNITED STATES PATENT NO. 8,562,149 B2

| US8562149B2 | Syndiant SYL2341 LCOS Light Modulation Panel (The accused Products) |
|---|---|
| [1.p] A digital micromirror device module, comprising: | The accused instrumentality Syndiant SYL2341 LCOS Light Modulation Panel describes a digital micromirror device module.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>As highlighted below, Syndiant's SYL2341 LCOS Light Modulation Panel is a digital display device that provides 4K UHD resolution output and utilizes an array of mirrors in its operation. In this regard, the SYL2341 exhibits functionalities that are comparable to those of a digital micromirror device (DMD) as recited in the asserted claim element. Accordingly, the SYL2341 may be considered functionally similar to a DMD device for purposes of this analysis.<br><br><br><br>*Source: https://syndiant.com/#productindex* |

## High Resolution 4K UHD LCOS Light Modulation Panel

### Features

**LCOS Panel**
- Single panel field sequential color Liquid Crystal On Silicon (LCOS) with digital drive
- 0.55" active display diagonal
- 4Kx2K (3840x2160) array of mirrors (3.2 μm pitch)
- Displays sequential colors up to 6 Color Fields per Frame (CF/F) with programmable color field duration
- Syndiant architecture for improved power and optical efficiency
- No high voltage supply required (highest supply 3.3V/3.8)

**SYA1311 LCOS Controller**
- External frame buffer
- Accepts up to 4K (UHD) resolution
- Video input formats:
  - MIPI – 4 lanes (2.5Gbps/lane max)
  - LVDS – 4 lanes (2.5Gbps/lane max)
- Keystone correction
- GPIO (8)
- I2C interface
- Direct SPI Flash interface
- Power management

*Source: https://syndiant.com/storage/pdf/Product_Briefs/Panels/SYL2341_ProductBrief_V1.0_9D-2004-10.pdf*



### Overview

The Syndiant SYL2341 provides 4Kx2K resolution in a highly compact 0.55" diagonal panel, enabling ultra-portable applications to deliver UHD resolution and high brightness in a small form-factor. The SYL2341 provides excellent image quality with vivid colors while meeting the cost and power requirements of portable applications.

Syndiant's patented LCOS micro display architecture integrates all-digital smart electronics onto the display panel. An application specific SIMD processor performs bit serial data manipulation to control each pixel. The intelligence is divided between the controller and the panel. The controller formats and arbitrates data flow to the panel, and the panel logic computes new pixel values and updates the pixels. Pixel values are separated into base and sharpener bits which maintains sharpness while reducing data bandwidth to the panel.

Moreover, our Q-view architecture further enhances power reduction at UHD resolutions. The sharpness of UHD resolution is offered at the power of a FHD panel.

*Source: https://syndiant.com/storage/pdf/Product_Briefs/Panels/SYL2341_ProductBrief_V1.0_9D-2004-10.pdf*

**Syndiant Microdisplay Technology**

Syndiant designs and manufactures cutting-edge, all-digital LCOS microdisplay technology powering near-eye devices, ultra-portable projectors, and high-brightness systems. From pioneering WVGA displays to advanced 4K UHD solutions and beyond, Syndiant continuously drives innovation and shapes the future of microdisplay technology.

*Source: https://syndiant.com/#productindex*

| [1.1] a flexible connection device comprising a plurality of conducting wires and an external | The accused instrumentality Syndiant SYL2341 LCOS Light Modulation Panel describes a flexible connection device comprising a plurality of conducting wires and an external insulation layer, wherein said conducting wires are discretely arranged and encapsulated by said external insulation layer;<br>This element is met literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| insulation layer, wherein said conducting wires are discretely arranged and encapsulated by said external insulation layer; | As highlighted in graphics below, Syndiant's SYL2341 LCOS Light Modulation Panel product image shows an **elongated ribbon-like flexible tail** extending from the panel package to a contact/terminal end. Also shows the plurality of conducting wires are arranged discretely on an insulation layer.<br><br><br><br>*Source: https://syndiant.com/#productindex* |
| [1.2] a digital micromirror device unit disposed on said external insulation layer of said flexible connection device | The accused instrumentality Syndiant SYL2341 LCOS Light Modulation Panel describes a digital micromirror device unit disposed on said external insulation layer of said flexible connection device and electrically connected with said conducting wires of said flexible connection device.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| and electrically connected with said conducting wires of said flexible connection device; | As highlighted in graphics below, Syndiant's SYL2341 LCOS Light Modulation Panel shows the LCOS micro display architecture package electrically or mechanically integrated with the flexible tail.<br><br><br><br>*Source:  https://syndiant.com/#productindex* |



*Source:*
*https://syndiant.com/storage/pdf/Product_Briefs/Panels/SYL2341_ProductBrief_V1.0_9D-2004-10.pdf*

| [1.3] a supporting plate for supporting said digital micromirror device unit and fixing an edge part of said flexible connection device; and | The accused instrumentality Syndiant SYL2341 LCOS Light Modulation Panel describes a supporting plate for supporting said digital micromirror device unit and fixing an edge part of said flexible connection device. |
| --- | --- |
| | This element is met literally, or in the alternative, under the doctrine of equivalents. |
| | As highlighted in graphic below, Syndiant's SYL2341 LCOS Light Modulation Panel visibly shows the panel assembly mounted on a metal base / plate-like support, with a black frame structure around the display region and the flexible tail extending from the assembly. |



| Specifications | | | | |
|---|---|---|---|---|
| **Resolution** | 4K (3840 x 2160) | **Reflectivity** | 70% |
| **Display Diagonal** | 0.55" | **Package Height** | 25 mm |
| **Contrast Ratio** | 500:1 | **Package Types** | Chip on metal |
| **Pixel Pitch** | 3.2 μm | **Operating Temperature** | -10°C to 70°C |
| **Fill Factor** | 87.9% | **Storage Temperature** | -40°C to 80°C |

*Source:*
*https://syndiant.com/storage/pdf/Product_Briefs/Panels/SYL2341_ProductBrief_V1.0_9D-2004-10.pdf*

| [1.4] a connecting interface arranged at a lateral end of said flexible connection device and connected with | The accused instrumentality Syndiant SYL2341 LCOS Light Modulation Panel describes a connecting interface arranged at a lateral end of said flexible connection device and connected with said conducting wires.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

| said conducting wires. | As highlighted below, Syndiant's SYL2341 LCOS Light Modulation Panel is a digital display device includes a terminal/contact end at the far end of the flexible tail. Further, the system diagram indicating a panel-side interface path. The controller supports "I2C," and "Direct SPI Flash interface.<br><br><br><br>*Source:* [*https://syndiant.com/#productindex*](https://syndiant.com/#productindex) |

# High Resolution 4K UHD LCOS Light Modulation Panel

## Features

### LCOS Panel

- Single panel field sequential color Liquid Crystal On Silicon (LCOS) with digital drive
- 0.55" active display diagonal
- 4Kx2K (3840x2160) array of mirrors (3.2 μm pitch)
- Displays sequential colors up to 6 Color Fields per Frame (CF/F) with programmable color field duration
- Syndiant architecture for improved power and optical efficiency
- No high voltage supply required (highest supply 3.3V/3.8)

### SYA1311 LCOS Controller

- External frame buffer
- Accepts up to 4K (UHD) resolution
- Video input formats:
    - MIPI – 4 lanes (2.5Gbps/lane max)
    - LVDS – 4 lanes (2.5Gbps/lane max)
- Keystone correction
- GPIO (8)
- I2C interface
- Direct SPI Flash interface
- Power management



*Source:*
*https://syndiant.com/storage/pdf/Product_Briefs/Panels/SYL2341_ProductBrief_V1.0_9D-2004-10.pdf*